| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | **Order Filed on November 15, 2016**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

In Re:

JOSEPH FRANK DeROSE,

              Debtor

Case No:      12-38344

Chapter:      13

Hearing Date:   12/13/16 @ 9:00 am

Judge:     Michael B. Kaplan

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

> Recommended Local Form:     ☒ Followed     ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 15, 2016**

                                                           */s/ Michael B. Kaplan*
                                           Honorable Michael B. Kaplan
                                           United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 295 Savannah Road
   Toms River, NJ 08757

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Bank of America, N.A.
   b. Current Assignee: n/a
   c. Current Servicer: Bank of America, N.A.
   d. Date of Mortgage/Lien: May 16, 2007
   e. Date of Recordation: June 8, 2007
   f. Place of Recordation: Ocean County Clerk
      i. Mortgage Book: 13667
      ii. Page: 1101
   g. Original Principal Balance of Mortgage/Lien: $ 30,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*