| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 |
| In Re:<br><br>JOSEPH FRANK DeROSE,<br><br>                Debtor |

**Order Filed on November 15, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:     12-38344

Chapter:     13

Hearing Date:     12/13/16 @ 9:00 am

Judge:     Michael B. Kaplan

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER** (specify) _____

> Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 15, 2016**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 295 Savannah Road
   Toms River, NJ 08757

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Bank of America, N.A.
   b. Current Assignee: n/a
   c. Current Servicer: Bank of America, N.A.
   d. Date of Mortgage/Lien: May 16, 2007
   e. Date of Recordation: June 8, 2007
   f. Place of Recordation: Ocean County Clerk
      i. Mortgage Book: 13667
      ii. Page: 1101
   g. Original Principal Balance of Mortgage/Lien: $ 30,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-38344-MBK
Joseph Frank DeRose                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 16, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db             +Joseph Frank DeRose,    295 Savannah Road,    Toms River, NJ 08757-2322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Amy L. SantaMaria    on behalf of Creditor    Bank of America by its servicer Green Tree Servicing
               LLC asantamaria@kaplaw.com
              Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE, LLC jackerman@zuckergoldberg.com
              R. A. Lebron    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC. bankruptcy@feinsuch.com
              William H. Oliver, Jr.    on behalf of Debtor Joseph Frank DeRose bkwoliver@aol.com
                                                                                                 TOTAL: 6