| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | **Order Filed on November 30, 2016**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| **In Re:**<br><br>Joseph Frank DeRose,<br><br>    Debtor. | Case No.: 12-38344<br>Chapter 13<br>Judge: Michael B. Kaplan |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 30, 2016**

_Michael B. Kaplan_

Honorable Michael B. Kaplan
United States Bankruptcy Judge

 

**Page 2**

Debtors: Joseph Frank DeRose
Case No.: 12-38344
Caption of Order: **Order Directing Redaction of Personal Information**

---

The court having reviewed the Application Requesting Redaction of Personal Information filed

in this case by BANK OF AMERICA. N.A.., and regarding the following documents:

a.   Objection of Secured Creditor, Bank of America, N.A., By Its Servicer Green Tree Servicing

LLC, To Confirmation of Debtor's Chapter 13 Plan, filed on January 30, 2013, as document 19

on the Docket.

b.   Proof of Claim, filed on December 11, 2012, as claim number 2-1 on the Claims Register.

c.   Proof of Claim, filed on May 14, 2013, as claim number 2-2 on the Claims Register.

d.   Proof of Claim, filed on May 14, 2013, as claim number 2-3 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's

public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document

must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day

after its entry.