| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 12-38344<br><br>Chapter 13<br><br>Judge: Michael B. Kaplan |
| **In Re:**<br><br>Joseph Frank DeRose,<br><br>   Debtor. | |

### CERTIFICATION OF SERVICE

1. I, Miriam J. Rosenblatt, represent BANK OF AMERICA. N.A.. in this matter.

2. On December 1, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 1, 2016

                                          **Robertson, Anschutz & Schneid, P.L.**
                                          6409 Congress Ave., Suite 100
                                          Boca Raton, FL 33487
                                          Telephone Number: 561-241-6901
                                          E-mail: mrosenblatt@rasflaw.com

                                          By: /s/ *Miriam J. Rosenblatt*____
                                          MIRIAM J. ROSENBLATT, Esquire
                                          NJ Bar Number: MR 7505



16-218383 - MiR



| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph Frank DeRose<br>295 Savannah Road<br>Toms River, NJ 08757 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court*) |
| William H. Oliver, JR<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court*) |