| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Order Filed on November 30, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph Frank DeRose,<br><br>    Debtor. | Case No.: 12-38344<br>Chapter 13<br>Judge: Michael B. Kaplan |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 30, 2016**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge




12-38344
DeRose, Joseph F
Order on Application for Redaction

**Page 2**

Debtors: Joseph Frank DeRose
Case No.: 12-38344
Caption of Order: **Order Directing Redaction of Personal Information**
_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by BANK OF AMERICA. N.A.., and regarding the following documents:

a. Objection of Secured Creditor, Bank of America, N.A., By Its Servicer Green Tree Servicing LLC, To Confirmation of Debtor's Chapter 13 Plan, filed on January 30, 2013, as document 19 on the Docket.

b. Proof of Claim, filed on December 11, 2012, as claim number 2-1 on the Claims Register.

c. Proof of Claim, filed on May 14, 2013, as claim number 2-2 on the Claims Register.

d. Proof of Claim, filed on May 14, 2013, as claim number 2-3 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Frank DeRose  
     Debtor

Case No. 12-38344-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 30, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.  
db            +Joseph Frank DeRose,    295 Savannah Road,    Toms River, NJ 08757-2322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2016 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Amy L. SantaMaria    on behalf of Creditor   Bank of America by its servicer Green Tree Servicing  
           LLC asantamaria@kaplaw.com  
          Denise E. Carlon    on behalf of Creditor   Residential Credit Solutions, Inc.  
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
          Joel A. Ackerman    on behalf of Creditor   GMAC MORTGAGE, LLC jackerman@zuckergoldberg.com  
          Miriam   Rosenblatt    on behalf of Creditor   Bank of America by its servicer Green Tree Servicing  
           LLC mrosenblatt@rasflaw.com  
          R. A. Lebron    on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS, INC. bankruptcy@feinsuch.com  
          William H. Oliver, Jr.    on behalf of Debtor Joseph Frank DeRose bkwoliver@aol.com  
                                                                                                                      TOTAL: 7